IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Terry Martin,                    )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     05 C 886
                                 )
P.O. John Doe 1-2,               )
individually,                    )
                                 )
            Defendants.          )

MEMORANDUM ORDER

Terry Martin ("Martin") has just filed a 42 U.S.C. § 1983 action that charges two unnamed Chicago police officers ("John Doe 1 and 2") with having subjected Martin to excessive force in violation of his constitutional rights under the Fourth and Fourteenth Amendments. Although this Court has followed its customary practice of setting an initial status hearing 49 days after the February 14 filing date, Martin's counsel must in the interim file a statement as to how he intends to go about ascertaining the identity of the officer defendants and serving them with process (under the present form of the Complaint, it is difficult to characterize it as effectively commencing an action within the meaning of Fed.R.Civ.P. 3).

_____
Milton I. Shadur
Senior United States District Judge

Enter:    February 15, 2005
C:\WPTEXT\Martin2-25-05MO.wpd